IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DENNIS MARTIN,                          )
                                        )
                    Petitioner,         )
                                        )
v.                                      )        Case No. CIV-16-1170-D
                                        )
CARL BEAR, Warden,                      )
                                        )
                    Respondent.         )

## O R D E R

This matter is before the Court for review of the Report and Recommendation [Doc.
No. 6] issued by United States Magistrate Judge Bernard M. Jones on October 11, 2016.
Judge Jones recommends the denial of Petitioner's application for leave to proceed *in forma
pauperis* [Doc. No. 2] because Petitioner has sufficient funds to pay the $5.00 filing fee for
his Petition. Within the time period for a written objection, Petitioner has paid the required
$5.00 fee. Accordingly, the Court finds that Petitioner's application to proceed *in forma
pauperis* is moot.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 6]
is ADOPTED, and Petitioner's *in forma pauperis* application [Doc. No. 2] is DENIED.

IT IS FURTHER ORDERED that this matter is re-referred to Judge Jones for further
proceedings consistent with the initial case referral.

IT IS SO ORDERED this 10th day of November, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE